# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK K. BOWERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF PORTERVILLE, et al.,<br><br>    Defendants. | Case No.  1:23-cv-01483-ADA-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 4) |

Mark K. Bowers ("Plaintiff"), proceeding *pro se*, initiated this civil action on October 17, 2023. (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)  The Court initially denied Plaintiff's application, without prejudice to filing a long form application. (ECF No. 3.)  On November 6, 2023, Plaintiff submitted a long form application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 4.)  The Court finds Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is GRANTED; and

2. Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated: **November 7, 2023**

UNITED STATES MAGISTRATE JUDGE

2