UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK K. BOWERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF PORTERVILLE, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01483-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>Doc. 14 |

    Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 9, 2024, the assigned magistrate judge screened plaintiff's complaint, identified several deficiencies, and granted plaintiff leave to amend his complaint to cure the stated deficiencies.  Doc. 12.  Plaintiff failed to file a first amended complaint within the thirty-day deadline.

    On July 2, 2024, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's complaint be dismissed without prejudice for plaintiff's failure to comply with Federal Rule of Civil Procedure 8, failure to state a claim upon which relief could be granted due to the expired statute of limitations, failure to prosecute, and failure to comply with a court order.  Doc. 14.  The findings and recommendations were served on plaintiff and

contained notice that any objections were to be filed within fourteen (14) days after service. *Id.* at 10. Plaintiff did not file objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on July 2, 2024, Doc. 14, are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice for failure to comply with Federal Rule of Civil Procedure 8, failure to state a claim upon which relief could be granted, failure to prosecute, and failure to comply with a court order; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   March 24, 2025

_____
UNITED STATES DISTRICT JUDGE